IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
MAR 06 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.  1:15CR0036ACL ) |
| ROBERT LAWSON, | ) 36 C.F.R. § 2.34(a)(1) ) 36 C.F.R. § 2.35(c) |
| Defendant. | ) ) |

## INFORMATION

### Count I

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Within the Special Maritime and Territorial jurisdiction of the United States, on or about May 24, 2014, in the County of Shannon, State of Missouri in the Eastern District of Missouri,

**ROBERT LAWSON,**

defendant herein, did knowingly and intentionally engage in the act of disorderly conduct, i.e. the defendant engaged in fighting and threatening behavior by threatening to fight other persons at the Two Rivers Campground and by threatening to harm other persons by running them over with his vehicle, in violation of Title 36, Code of Federal Regulations, Section 2.34(a)(1).

### Count II

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Within the Special Maritime and Territorial jurisdiction of the United States, on or about May 24, 2014, in the County of Shannon, State of Missouri in the Eastern District of Missouri,

**ROBERT LAWSON,**

defendant herein, was knowingly and intentionally present in the Two Rivers Campground while

under the influence of alcohol or a controlled substance to a degree that the defendant endangered himself or others, in violation of Title 36, Code of Federal Regulations, Section 2.35(c).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
John N. Koester, Jr., #521770MO
Assistant United States Attorney
555 Independence, 3rd Floor
Cape Girardeau, Missouri 63703
Telephone: (573) 334-3736
Facsimile: (573) 335-2393
E-mail: john.koester@usdoj.gov

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DISTRICT OF MISSOURI | ) ss. |
| SOUTHEASTERN DIVISION | ) |

I, John N. Koester, Jr., Assistant United States Attorney for the Southeastern Division of the Eastern District of Missouri, being duly sworn, do say that the foregoing Information is true as I verily believe.

_____
John N. Koester, Jr., #521770MO
Assistant United States Attorney

Subscribed and sworn to before me this 6 day of March, 2015.

GREGORY J. LINHARES, CLERK
UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk